Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
BRETT ANDEREW NACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ANDEREW NACE,<br><br>         Plaintiff,<br><br>    v.<br><br>KILOLO IJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>         Defendant. | No.  1:23-CV-00997 (SKO)<br><br>**STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER**<br><br>**(Doc. 10** |

On June 30, 2023, Plaintiff Brett Anderew Nace filed the above-referenced action seeking judicial review of the defendant Acting Commissioner of Social Security's denial of his claim for Social Security disability insurance benefits. (ECF Doc. 1) The defendant responded to Plaintiff's Complaint on August 29, 2023. (ECF Doc. 9). Plaintiff's motion for summary judgment is currently due on or before September 28, 2023. (ECF Doc. 3, at p.2:16-17)

Pursuant to the Court's Scheduling Order, the parties hereby stipulate that Plaintiff receive a thirty (30) day extension of time, to on or before October 30, 2023, to file his motion for summary judgment. (ECF Doc. 3, at p.3:20-22) This is Plaintiff's first extension request. As Plaintiff's counsel was not involved at the administrative level, a close review of the administrative record concerning Plaintiff's medical issues and vocational background is necessary and required. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th

Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. Plaintiff's counsel seeks the extension to effectively advocate for Mr. Nace due to multiple briefing deadlines currently scheduled for the same week. The government has no objection to the requested extension.

Respectfully submitted,

Dated: September 18, 2023                NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      BRETT ANDEREW NACE

Dated: September 18, 2023                PHILLIP A. TALBERT
                                         United States Attorney
                                         MATTHEW W. PILE
                                         Associate General Counsel
                                         Office of Program Litigation, Office 7

By:   Justin L. Martin*
      JUSTIN L. MARTIN
      (*Authorized by email dated 09/18/2023*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of thirty (30) days to file his Opening Brief.  The Opening Brief shall now be filed on or before **October 30, 2023,** and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 19, 2023**                /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE