1  Melissa Newel (CA SB#148563)
2  NEWEL LAW
   2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   BRET ANDEREW NACE
6

7  PHILLIP A. TALBERT
   United States Attorney
8  MATHEW W. PILE
   Associate General Counsel
9  Office of Program Litigation, Office 7
   Social Security Administration
10 CASPAR CHAN (CA SB#294804)
   Special Assistant United States Attorney
11 6401 Security Boulevard
12 Baltimore, Maryland  21235
   (510) 970-4810
13 Caspar.Chan@ssa.gov

14 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ANDEREW NACE,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY[1],<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>          Defendant. | No.  1:23-CV-00997 (SKO)<br><br>**STIPULATION AND UNOPPOSED MOTION FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND COSTS; ORDER**<br><br>**(Doc. 18)** |

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure and 42 U.S.C. §405(g), Martin O'Malley is hereby substituted as the named defendant in the above-captioned action.

1	IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2	attorneys, subject to the approval of the Court, that Brett Anderew Nace (Plaintiff) be awarded
3	attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the amount
4	of eight thousand three hundred and seventy-eight dollars and twenty-four cents ($8,378.24). This
5	represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6	connection with this civil action, in accordance with 28 U.S.C. §2412 (d). In addition, pursuant to
7	28 U.S.C. §1920, Plaintiff shall be reimbursed for costs incurred in the amount of four hundred
8	and two dollars ($402.00).

9	After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
10	the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
11	*Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
12	attorney fees are subject to any offset allowed under the United States Department of the
13	Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
14	determine whether they are subject to any offset.

15	Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
16	that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
17	payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
18	"Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
19	made shall be delivered to Plaintiff's counsel via electronic transfer.

20	This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
21	attorney fees and costs and does not constitute an admission of liability on the part of Defendant
22	under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to,
23	any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney
24	fees and expenses in connection with this action.
25	///
26	///
27	///
28	///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: October 11, 2024                                NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      BRETT ANDEREW NACE

Dated: October 11, 2024                                PHILLIP A. TALBERT
                                                       United States Attorney
                                                       MATHEW W. PILE
                                                       Associate General Counsel
                                                       Office of Program Litigation, Office 7
                                                       Social Security Administration

By:   Caspar Chan*
      CASPAR CHAN
      (*Authorized by email dated 10/10/2024
      Special Assistant U.S. Attorney
      Attorneys for Defendant

**ORDER**

Pursuant to 28 U.S.C. §2412, attorney fees in the amount of eight thousand three hundred and seventy-eight dollars and twenty-four cents ($8,378.24) and costs, pursuant to 28 U.S.C. §1920, in the amount of four hundred and two dollars ($402) shall be awarded to Plaintiff subject to the terms of the Stipulation and Unopposed Motion (Doc. 18).

IT IS SO ORDERED.

Dated:   **October 15, 2024**                          /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE